UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PACID TECHNOLOGIES, LLC, | § | No. 1:23-cv-00251 |
| *Plaintiff*, | § § § | |
| vs. | § § | |
| BANK OF AMERICA CORPORATION and BANK OF AMERICA, N.A., | § § § § | |
| *Defendants*. | § § § § | |

ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

Before the Court is a Notice of Voluntary Dismissal filed by counsel for Plaintiff PACid Technologies, LLC. (Dkt. # 16.) Finding that the notice was filed before Defendants served an answer or a motion for summary judgment, the Court finds that the notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims in the instant suit against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

    **IT IS SO ORDERED**.

    **DATED**: Austin, Texas, June 12, 2023.

_____
David Alan Ezra
Senior United States District Judge